## Louis J. Borowsky, Appellant, v. Werner A. Wieboldt et al., Appellees.

### Gen. No. 40,502.

opinion filed October 3, 1939. Harold A. Fein, for appellant; Edward S. Altersohn, of counsel; Harry J. Guyon ánd Eli B. Herren, for certain appellee; Downs, McGoorty & Howe, for certain other appellee. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."